ACCEPTED
06-15-00002-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 1:49:45 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00002-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/5/2015 1:49:45 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| BRADLEY LEROY THOMPSON | § | SIXTH COURT |
| | § | |
| vs. | § | OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | STATE OF TEXAS |

APPELLANT'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF

NOW COMES BRADLEY LEROY THOMPSON, Appellant, acting by and through his attorney of record, Barry Clark Wallace, who, in conformity with Tex. R. App. Proc. 10.5 and 38.6(D), moves this Honorable Court for an extension of **thirty (30) days**, or until June 5, 2015, to file Appellant's brief herein. In support thereof, Appellant respectfully shows the Court the following:

1. Appellant was charged with Possession of a Controlled Substance Listed in Penalty Group One of the Texas Controlled Substances Act-with Intent to Deliver-Four Grams or More but Less than 200 Grams-Methamphetamine-Repeat Offender in *The State of Texas vs. Bradley Leroy Thompson*, Cause No. 16,737, 115th Judicial District Court of Upshur County, Texas.

2. On December 2, 2014, Appellant entered into a plea bargain agreement with the attorney for the State of Texas and pled guilty and was assessed punishment for Thirty (30) Years confinement in the Institutional Division-TDCJ, to run concurrently with any other sentence Appellant is currently serving, and further taking into consideration Cause Numbers 16,738, 16,739, and 16,740.

3. As part of Appellant's plea bargain agreement, Appellant gave notice of appeal on December 30, 2014.

4. Appellant's brief is due for filing on May 6, 2015.

-1-

5. This is Appellant's first request for an extension of time to file his brief with this Court.

6. Appellant requests an extension until June 5, 2015.

7. Counsel for Appellee has been consulted prior to the filing of this request and does not oppose the granting of an extension until June 5, 2015.

8. Good cause exists for the granting of this motion. Within the past thirty days counsel for Appellant has undertaken the following matters:

A. Counsel for Appellant is the court-appointed attorney ad litem for the children in a Texas Department of Family and Protective Services case styled *In the Interest of Ashton Hughes, Jo'Angila Hughes, Hailey Hughes, Hailey Hughes, Joey Glenn Hughes, Shelby Hughes, and Raylynn Hughes, Minor Children*, Cause No. 345-14, 115th Judicial District Court of Upshur County, Texas. This case was set for jury selection and for trial on the merits during the week of May 4, 2015. Discovery provided in this case included multiple DVDs and documents that exceeded 15,000 pages covering a range of six years of involvement with the department that were pertinent and critical to the issue of termination of the parent's rights to the children, which counsel for Appellant advocated in conjunction with counsel for the department. As is often the case in cases such as these, the parents relinquished their parental rights voluntarily once it became clear to them that the case would actually proceed to trial and once the preparation efforts had been made by counsel for the department and counsel for Appellant.

B. In addition to this case, counsel for Appellant is also the court-appointed attorney ad litem for the child in a Texas Department of Family and Protective Services case styled *In the Interest of My'Leeyah Ford, A Child*, Cause No. 2013-2300-DR, 307th

Family District Court of Gregg County, Texas. This case was set for a bench trial for April 27, 28, and 29. Discovery provided in this case included documents that exceeded 3,000 pages. As in the other case cited in this motion, relinquishment by one parent was obtained on the day of trial and the remaining parent's rights were terminated following a default hearing.

C.    In addition to reading through the volume of documents in both cases and preparing for trial, counsel for Appellant also had to maintain his normal courtroom commitments in Upshur and Gregg Counties, as well as his commitments to his office practice.

9.    This motion is not sought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant requests until June 5, 2015 in which to complete his brief.

Respectfully submitted,

Law Office of Barry Clark Wallace, P.C.
Attorney & Counselor at Law
P.O. Box 1408
206 E. Upshur
Gladewater, Texas 75647
Telephone: (903)845-2192
Facsimile: (903)845-2193


By: /S/    *Barry Clark Wallace*
        Barry Clark Wallace
        State Bar No. 00785170

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing motion was served upon Billy W. Byrd, Upshur County Criminal District Attorney, Appellee, on this 5th day of May, 2015.

_/S/    Barry Clark Wallace_
Barry Clark Wallace
State Bar No. 00785170